UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON,

       Plaintiff,

v.                                Case No.  12-12542
                                Hon. Lawrence P. Zatkoff

HELEN BRINKMAN, et al,

       Defendants.
_____/

OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

This is a civil rights complaint filed under 42 U.S.C. § 1983. Plaintiff Darren Johnson, who is incarcerated in a Michigan prison, filed his *pro se* complaint, asserting that he was wrongfully prosecuted and convicted by the defendants.

On June 25, 2012, the Court issued two Orders to Correct Deficiency, because Plaintiff failed to submit the $350.00 filing fee or an Application to Proceed In Forma Pauperis, and he failed to file sufficient copies of his complaint. The Court required Plaintiff to correct the deficiencies by July 25, 2012, and cautioned that if he failed to do so, then the Complaint would be subject to dismissal for want of prosecution.

Under the Prison Litigation Reform Act ("PLRA"), if a prisoner wishes to proceed without prepayment of the filing fee, the prisoner must file a certified trust account statement and an affidavit of indigence with an authorization to withdraw funds from his prison account as they become available. 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

Plaintiff has not paid the required $350.00 filing fee for this civil action nor has he submitted a proper Application to Proceed In Forma Pauperis. Plaintiff has also failed to file sufficient copies of the complaint for service.  The time for correcting the deficiencies has elapsed.

Accordingly, IT IS ORDERED that Plaintiff's "Complaint" [dkt. # 1] is DISMISSED

WITHOUT PREJUDICE for want of prosecution.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated:  August 7, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 7, 2012.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290

2